# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Lydia Wiley

CASE NO. CV10-1188 SBA

Plaintiff(s),

v.

STIPULATION AND [PROPOSED]XXX
ORDER SELECTING ADR PROCESS

Macy's and Jack Slawienski

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- Non-binding Arbitration (ADR L.R. 4)
- ✓ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   Private ADR *(please identify process and provider)*  _____

The parties agree to hold the ADR session by:
   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   ✓ other requested deadline  90 days after Defendants Answer if Defendants Motion to Dismiss is denied.

Dated:   June 17, 2010

_____
Attorney for Plaintiff

Dated:   June 17, 2010

_____
Attorney for Defendant

[PROPOSED] ORDER

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:

           Non-binding Arbitration
✓     Early Neutral Evaluation (ENE)
           Mediation
           Private ADR

      Deadline for ADR session

           90 days from the date of this order.
✓     other  90 days after Defendants Answer if Defendants Motion to Dismiss is denied.

IT IS SO ORDERED.

Dated:  6/22/10

_Sandra B Armstrong_

UNITED STATES DISTRICT    JUDGE