ORIGINAL

RECEIVED
SEP 13 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP 15 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA WILEY<br><br>Plaintiff,<br><br>v.<br><br>MACY'S WEST STORES, INC., AND JACK SLAWIENSKI<br><br>Defendant. | CASE NO. C 10-01188 SBA<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

COURTNEY MENGES, whose business address and telephone number is

Macy's, Inc., Law Department      Phone: (314) 342-6454
611 Olive Street, 10th Floor
St. Louis, Missouri 63101

and who is an active member in good standing of the bar of the Supreme Court of Missouri, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Macy's West Stores, Inc. & Jack Slawienski

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/14/10

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge